| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Michael and Kellyann McLernon | Case No.: 17-24054<br>Chapter: 13<br>Judge: JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Michael McLernon, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/3/22

/s/ Michael McLearnon
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev. 8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Michael and Kellyann McLernon | Case No.: 17-24054<br>Chapter: 13<br>Judge: JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Kellyann McLernon, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/3/22

/s/ Kellyann McLearnon
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18