Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24054−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Lance McLernon | Kellyann McLernon |
| 43 N Highland Avenue | 43 N Highland Avenue |
| Runnemede, NJ 08078 | Runnemede, NJ 08078 |

Social Security No.:
xxx−xx−8593                                                                 xxx−xx−6785

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Michael Lance McLernon and Kellyann McLernon
        Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 3, 2022
JAN: def

Jeanne Naughton, Clerk