| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael Lance McLernon<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8593<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kellyann McLernon<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6785<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–24054–JNP | | |

# Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Lance McLernon                                         Kellyann McLernon

12/9/22                                                                     **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-24054-JNP
Michael Lance McLernon                                                                          Chapter 13
Kellyann McLernon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                        Page 1 of 4
Date Rcvd: Dec 09, 2022                 Form ID: 3180W                     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Lance McLernon, Kellyann McLernon, 43 N Highland Avenue, Runnemede, NJ 08078-1504 |
| 516932850 | + | Camden County Sheriff, Courthouse, Room 100, 520 Market Street, Camden, NJ 08102-1375 |
| 516932856 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 516932855 | + | Fenton & McGarvey, 2401 Stanley Gault Parkway, Louisville, KY 40223-4175 |
| 517263138 | | GLHEC & Aff OBO Great Lakes Higher Ed Guar Corp, PO Box 8961, Madison WI 53708-8961 |
| 516932860 | + | Glen Garbus, Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 517100789 | | Great Lakes Higher Education Guaranty Corp, PO Box 8973, Madison WI 53708-8973 |
| 516932865 | + | Lease Financial Groupl, 233 N Michigan Ave Ste 1, Chicago, IL 60601-5519 |
| 518565340 | + | NewRez LLC, Elizabeth K. Holdren, Esq., Hill Wallack, LLP, 21 Roszel Road, P.O. Box 5226 Princeton, NJ 08543-5226 |
| 516932871 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 519751189 | | U.S. Bank Trust National Association et al, Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 519751190 | + | U.S. Bank Trust National Association et al, Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 U.S. Bank Trust National Association et 29603-0826 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516932846 | | Email/Text: EBNProcessing@afni.com | Dec 09 2022 21:13:00 | AFNI, 1310 Martin Luther King Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 517163748 | + | EDI: CINGMIDLAND.COM | Dec 10 2022 01:53:00 | AT&T Mobility II, LLC, c/o AT&T Services, Inc., Karen Cavagnaro, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 516932845 | + | Email/Text: EBNProcessing@afni.com | Dec 09 2022 21:13:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 516932847 | + | Email/Text: banko@acsnv.com | Dec 09 2022 21:13:00 | Allied Collection Services, 3080 South Durango Drive, Suite 208, Las Vegas, NV 89117-9194 |
| 516932849 | + | Email/Text: bankruptcy@cavps.com | Dec 09 2022 21:13:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 516932851 | + | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 17-24054-JNP   Doc 44   Filed 12/11/22   Entered 12/12/22 00:18:28   Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 45 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 517036264 | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517121180 | + Email/Text: bankruptcy@cavps.com | Dec 09 2022 21:13:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516946259 | EDI: DISCOVER.COM | Dec 10 2022 01:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516932853 | + EDI: DISCOVER.COM | Dec 10 2022 01:53:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516932854 | + Email/Text: bknotice@ercbpo.com | Dec 09 2022 21:13:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 516932858 | Email/Text: fggbanko@fgny.com | Dec 09 2022 21:12:00 | Forster Garbus and Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516932859 | EDI: AMINFOFP.COM | Dec 10 2022 01:53:00 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 516932861 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 09 2022 21:12:00 | Glhec, Attn: Bankruptcy, Po Box 7860, Nadison, WI 53707-7860 |
| 516932862 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 09 2022 21:11:00 | Great Lakes Higher Education Guaranty Co, 2401 International Lane, Madison, WI 53704-3192 |
| 516932864 | EDI: IRS.COM | Dec 10 2022 01:53:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516932852 | EDI: JPMORGANCHASE | Dec 10 2022 01:53:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516932866 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 21:11:11 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 517087369 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 21:34:31 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517130524 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516932867 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517167340 | Email/Text: mtgbk@shellpointmtg.com | Dec 09 2022 21:12:00 | New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 516932868 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517090640 | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516932869 | Email/Text: signed.order@pfwattorneys.com | Dec 09 2022 21:12:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517091792 | + EDI: JEFFERSONCAP.COM | Dec 10 2022 01:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516932870 | + Email/Text: mtgbk@shellpointmtg.com | Dec 09 2022 21:12:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 516932872 | + EDI: RMSC.COM | Dec 10 2022 01:53:00 | Syncb/sync Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 516934879 | + EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517162933 | + Email/Text: bncmail@w-legal.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 45 |

| | | | Dec 09 2022 21:13:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
|---|---|---|---|---|
| 516932873 | + | EDI: WTRRNBANK.COM | | |
| | | | Dec 10 2022 01:53:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516932857 | *P++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030, address filed with court:, Forster Garbus & Garbus, 500 Bi-County Blvd., Suite 300, PO Box 9030, Farmingdale, NY 11735 |
| 516932863 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 517131584 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516932848 | ##+ | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC eholdren@hillwallack.com  jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association  not inits individual capacity, but solely as OwnerTrustee for Citigroup Mortgage Loan Trust2021-RP3 hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joel R. Spivack | on behalf of Joint Debtor Kellyann McLernon joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| Joel R. Spivack | on behalf of Debtor Michael Lance McLernon joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| Melissa S DiCerbo | |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 45

on behalf of Creditor New Residential Mortgage  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank Trust National Association  not inits individual capacity, but solely as OwnerTrustee for Citigroup Mortgage Loan Trust2021-RP3 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Sindi Mncina

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11